UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA CEBALLOS-BIRNEY, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WALMART INC., a corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:20-cv-01224-BEN-RBB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[Doc. 5]** |

　　　The Parties jointly move for the first time to extend the time for Defendant Walmart Inc. to respond to the Complaint filed on Jun 30, 2020. The joint motion is hereby **GRANTED**. Defendant Walmart Inc. shall respond to the Complaint on or before **August 21, 2020.**

　　　**IT IS SO ORDERED.**

Date: July 20, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge